### 3496. GREEN *v.* THE STATE.

POWELL, J. The evidence fully authorizes the verdict, and the exception as to the judge's instructions to the jury is not well taken.

*Judgment affirmed.*

DECIDED JULY 25, 1911.

Indictment for robbery; from Fulton superior court—Judge Roan. May 20, 1911.

*John Y. Smith,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general,* .contra.

---

### 3498. PHILPOT *v.* THE STATE.

HILL, C. J. No question of law is raised in the record, and the verdict is supported by the evidence. *Judgment affirmed.*

DECIDED JULY 25, 1911.

Conviction of manslaughter; from Heard superior court—Judge R. W. Freeman. May 10, 1911.

*M. U. Mooty,* for plaintiff in error.

*J. R. Terrell, solicitor-general,* contra.

---

### 3513. APPLEBY *v.* THE STATE.

POWELL, J. 1. The case on its facts is controlled by *Sessions* v. *State,* 6 *Ga. App.* 336 (3), (64 S. E. 1101), and *Plummer* v. *State,* 8 *Ga. App.* 379 (69 S. E. 28).

2. It in no wise vitiates a trial for a criminal offense that there was at the same time another accusation, indictment, warrant, or other criminal proceeding pending against the accused in the same or in another court for the same transaction. *Cabaniss* v. *State,* 8 *Ga. App.* 129 (5), (8 S. E. 849). *Judgment affirmed.*

DECIDED JULY 25, 1911.

Accusation of sale of liquor; from city court of Jefferson—Judge Stark. May 3, 1911.

*Ray & Ray,* for plaintiff in error.

*W. H. Quarterman, solicitor, C. L. Bryson,* contra.